FILED

2017 AUG 30 PM 12: 09

U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JAY E. REESE, individually
and on behalf of all those similarly situated,

    Plaintiff,

v.      CASE NO. 6:17-cv-1594-ORL-41-GJK

FLORIDA BC HOLDINGS, LLC
d/b/a SYNERGY EQUIPMENT,

    Defendant.
_____/

## NOTICE OF REMOVAL

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that Defendant, Florida BC Holdings, LLC d/b/a Synergy Equipment (hereinafter "Defendant"), by and through its undersigned counsel, hereby gives Notice of Removal of this action pursuant to 28 U.S.C. §§ 1331, 1441 and 1446, upon the following grounds:

1. On or about August 1, 2017, Plaintiff, Jay E. Reese ("Plaintiff") filed a Complaint in the Circuit Court of the Ninth Judicial Circuit, in and for Orange County, Florida, which is captioned as follows: <u>Jay E. Reese, individually and on behalf of all those similarly situated v. Florida BC Holdings, LLC d/b/a Synergy Equipment</u>, designated as Case No. 2017-CA-007010.

2. Defendant was served with a copy of the Summons on August 9, 2017. True and correct copies of the Summons and Complaint are attached hereto as Exhibit "A".

3. This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1331. This action may be removed to this Court on the basis of federal question jurisdiction pursuant to 28 U.S.C. § 1441(b) because this lawsuit alleges a cause of action that arises under the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.*

4. The entire action may be removed pursuant to 28 U.S.C. § 1441(c). Count III of the Complaint, which is based on facts unrelated to Counts I and II, may be severed and remanded to state court.

5. No other process, pleadings, or orders have been filed with the state court and no motions are currently pending.

6. Defendant is the lone defendant in this cause of action. Accordingly, no additional consents are required under 28 U.S.C. § 1446(b).

7. The instant Notice of Removal of Civil Action has been timely filed pursuant to 28 U.S.C. § 1446(b). Plaintiff's Complaint was the first paper from which Defendant could ascertain that Plaintiff's case had become removable. The instant Notice of Removal was filed within thirty (30) days after receipt by the Defendant of a copy of the Plaintiff's Complaint.

8. Pursuant to 28 U.S.C. § 1446(d), Defendant will provide written notice of the removal of this action to Plaintiff's counsel and to the Clerk of the Court of the Circuit Court of the Ninth Judicial Circuit in and for Orange County, Florida.

WHEREFORE, Defendant prays that this action may be removed and requests that this Court assume full jurisdiction over the case herein as provided by law.

Respectfully submitted this 30th day of August, 2017.

_____
ROGERS TOWERS, P.A.
René M. Fix
Florida Bar No. 189545
Kim Bouchard-Chaimowiz
Florida Bar No. 0125360
818 A1A N., Suite 208
Ponte Vedra Beach, FL 32082
Telephone: (904) 346-5557
Facsimile: (904) 473-1399
E-Mail: rfix@rtlaw.com
E-Mail: kbouchardc@rtlaw.com
Email: bmoore@rtlaw.com

**Counsel for Defendant**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 30th day of August, 2017, the foregoing has been filed with the Clerk of Court and a copy has been transmitted by e-mail and U.S. mail to Labar & Adams, P.A., attorney for Plaintiff, and its counsel of record Scott C. Adams, Esq., and N. Ryan Labar, Esq. at their designated service addresses (sadams@labaradams.com and rlabar@labaradams.com).

_____
Attorney