UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.: 6:17-cv-1574-Orl-41GJK

JAY E. REESE, individually and on behalf of all those similary situated,

COLLECTIVE ACTION

        Plaintiff,

vs.

FLORIDA BC HOLDINGS, LLC
d/b/a SYNERGY EQUIPMENT,

        Defendant.
_____/

**JOINT REPORT REGARDING SETTLEMENT IN COMPLIANCE WITH SCHEDULING ORDER DATED SEPTEMBER 7, 2017**

The parties, by and through their undersigned counsel, hereby file this Joint Report Regarding Settlement in Compliance with this Court's Scheduling Order dated September 7, 2017, and state as follows:

_____ 1. the parties have settled the case;

_____ 2. the parties have not settled but wish to continue settlement discussions for a specific period of time;

_____ 3. the parties wish to engage in a formal mediation conference before a specific mediator on or before a specific date;

_____ 4. either party requests a settlement conference before the United States Magistrate Judge; or

__X__ 5. the parties have exhausted all settlement efforts and will immediately file a Case Management Report signed by counsel for all parties.


Dated this 4th day of December, 2017

| | |
|---|---|
| */s/ Scott C. Adams, Esq.* | */s/ Kim N. Bouchard-Chaimowiz, Esq.* |
| SCOTT C. ADAMS, ESQ. | KIM N. BOUCHARD-CHAIMOWIZ, ESQ. |
| Florida Bar No.: 0573442 | Florida Bar No.: 0125360 |
| sadams@labaradams.com | kbouchardc@rtlaw.com |
| N. RYAN LABAR, ESQ. | RENE M. FIX, ESQ. |
| Florida Bar No.: 0010535 | Florida Bar No.: 189545 |
| rlabar@labaradams.com | rfix@rtlaw.com |
| LARBAR & ADAMS, P.A. | ROGERS TOWERS, P.A. |
| 2300 East Concord Street | 818 A1A N., Ste. 208 |
| Orlando, Florida 32803 | Ponte Vedra Beach, Florida 32082 |
| (407) 835-8968 (telephone) | (904) 346-5557 (telephone) |
| (407) 835-8969 (facsimile) | (904) 473-1399 |
| Class Counsel and Attorneys for Plaintiff | Counsel for Defendant |