UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**JAY E. REESE,**

      **Plaintiff,**

v.                                                                                  Case No:  6:17-cv-1574-Orl-41GJK

**FLORIDA BC HOLDINGS, LLC,**

      **Defendant.**

                                                                  /

**ORDER**

THIS CAUSE is before the Court on Plaintiff's Motion to Strike Defendant's Second, Third, Sixth, Eighth, Ninth, Tenth, Eleventh and Twelfth Affirmative Defenses, as well as, Defendant's Wherefore Clause (Doc. 11). United States Magistrate Judge Gregory J. Kelly submitted a Report and Recommendation (Doc. 19), in which he recommends that the motion be denied.

After a *de novo* review of the record, and noting that no objections were timely filed, the Court agrees with the analysis set forth in the Report and Recommendation. Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 19) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff's Motion to Strike Defendant's Second, Third, Sixth, Eighth, Ninth, Tenth, Eleventh and Twelfth Affirmative Defenses, as well as, Defendant's Wherefore Clause (Doc. 11) is **DENIED**.

**DONE** and **ORDERED** in Orlando, Florida on January 16, 2018.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record