# EXHIBIT "K"

Fluctuating Work Week Method

# synergy EQUIPMENT
Buy Rent Parts Service

## Employee Agreement Regarding Fixed Salary

Employee acknowledges that his/her working hours fluctuate from week to week. Employee agrees that establishing a fixed salary will provide stability and certainty to both the Employee and Synergy. Accordingly, Employee acknowledges and agrees that he/she will receive a fixed salary for each workweek to compensate him/her for all hours worked. In the event Employee works more than forty hours during any workweek, he/she will be compensated at half-time for all hours worked in excess of forty. The half-time rate will change from week to week and will be determined by dividing the number of hours worked in the workweek into the amount of the salary to obtain the applicable hourly rate for the week.

By signing this agreement, Employee accepts the terms described above.

_____  11-6-2016
Employee                         Date

_____  11/2/2014
Manager                          Date

## Fixed Salary Example

If, during the course of 4 weeks for an employee that earns a salary of $600, works 40, 37.5, 50, and 48 hours, the regular hourly rate of pay in each of these weeks is $15.00, $16.00, $12.00, and $12.50, respectively. Since the employee has already received straight-time compensation on a salary basis for all hours worked, only additional half-time pay is due. For the first week the employee is entitled to be paid $600; for the second week $600.00; for the third week $660 ($600 plus 10 hours at $6.00 or 40 hours at $12.00 plus 10 hours at $18.00); for the fourth week $650 ($600 plus 8 hours at $6.25, or 40 hours at $12.50 plus 8 hours at $18.75).

DEF000004