UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**JAY E. REESE,**

        **Plaintiff,**

**v.**　　　　　　　　　　　　　　　　　　　　　　　　Case No:　6:17-cv-1574-Orl-41GJK

**FLORIDA BC HOLDINGS, LLC,**

        **Defendant.**

---

**RONALD WARD,**

        **Plaintiff,**

**v.**　　　　　　　　　　　　　　　　　　　　　　　　Case No:　6:18-cv-459-Orl-41GJK

**FLORIDA BC HOLDINGS, LLC,**

        **Defendant.**

---

## ORDER

This cause came on for consideration without oral argument on the following motion:

| | |
|---|---|
| **MOTION:** | **JOINT MOTION FOR APPROVAL OF SETTLEMENT, STIPULATED JUDGMENT AND FOR DISMISSAL WITH PREJUDICE (Doc. No. 118)** |
| **FILED:** | April 30, 2020 |

**THEREON** it is **ORDERED** that the motion is **DENIED**.

On April 30, 2020, the parties filed a Joint Motion for Approval of Settlement, Stipulated Judgment and for Dismissal with Prejudice (the "Motion").[1] Doc. No. 118. The parties settled the Fair Labor Standards Act claims, but Plaintiff Jay E. Reese's tortious interference claim remains pending. *Id.* Two Settlement Agreements are attached to the Motion; they appear to be identical and combined they include all parties' signatures. Doc. Nos. 118-1, 118-2. They are collectively referred to as the Settlement Agreement.

The Motion states that Defendant will pay the gross sum of "one hundred thousand dollars ($100,000.00) . . . ." Doc. No. 118 at 8. The Settlement Agreement states that the phrase "'Settlement Amount' means one hundred thousand dollars ($100,000.00)." Doc. No. 118-1 at 3. It also states that Defendant will pay the gross sum of $100,000 to Plaintiffs and Opt-In Plaintiffs. *Id.* at 4. The Settlement Agreement itemizes the Settlement Amount among Plaintiffs and Opt-In Plaintiffs as follows:

| Name | Settlement Amount |
| --- | --- |
| Jacquelyn Beauchamp | $2,871.57 |
| Daniel Bermudez | $15,028.39 |
| Jennifer Brennan | $15,404.37 |
| Shaw Brinkley | $9,476.23 |
| Andrew Carr | $2,073.41 |
| Paul Celaya | $10,043.75 |
| Juan Idarraga | $1,138.26 |
| Jerry Jenkins | $2,739.47 |

---

[1] On April 30, 2020, the parties consented to the undersigned conducting all proceedings and entering a final order on both the Motion and Plaintiffs and Opt-In Plaintiffs' motion for attorney's fees and costs. Doc. No. 120. On May 1, 2020, the Court referred the motions to the undersigned. Doc. No. 122.

| Joshua Kennedy | $4,566.71 |
| --- | --- |
| Thomas Lee | $3,443.03 |
| Shawn Manganiello | $6,655.48 |
| Jay Reese | $12,542.65 |
| Paul Tidwell | $1,578.72 |
| Ronald Ward | $10,065.61 |
| Traus Wilder[2] | $2,432.35 |

*Id.* The amounts listed above, however, total $100,060. *Id.*

While it is likely just a minor typographical error either in the total settlement amount or in the stated amount one or more Plaintiffs or Opt-In Plaintiffs are to receive, which the Court would welcome the opportunity to correct, the Court cannot do so on its own because it is uncertain precisely where the error lies. Furthermore, but for that error, the Court would be inclined to approve the Settlement Agreement.

Accordingly, it is **ORDERED** that the Motion (Doc. No. 118) is **DENIED**.

**DONE AND ORDERED** in Orlando, Florida, on May 27, 2020.

_____
GREGORY J. KELLY
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record
Unrepresented Parties

---

[2] In the Settlement Agreement, Traus Wilder is listed as "Travis Wilder." Doc. No. 118-1 at 4; Doc. No. 118-2 at 4, 14.